UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 06-CV-347-KSF

CAROLE LEE HENDERSON                                                                          PLAINTIFF

**MEMORANDUM OPINION AND ORDER**

CABINET FOR HEALTH AND
    FAMILY SERVICES, ET AL.                                                              DEFENDANTS

      Carole Lee Henderson, who lists her address as 750 Shaker Drive, #516, Lexington, Kentucky, 40504, filed what the Court construed to be a *pro se* civil rights action pursuant to 42 U.S.C. §1983 [*see* Record No. 1, Complaint]. Plaintiff then filed an Amended Complaint on November 22, 2006 [Record No. 6].[1] The Court has granted the *pro se* plaintiff three extensions of time in which to submit a complaint which meets the "short and concise" pleading requirements contained in Fed. R. Civ. P. 8(a) and (e). [*See* Deficiency Order entered on October 23, 2006, pp.1-2 (Record No. 40; Order entered on November 30, 2006 (Record No. 8); and Order entered on January 4, 2007 (Record No. 10)].

      In the most recent Order entered on January 4, 2007 [Record No. 10], the Court gave the *pro se* plaintiff twenty (20) additional days in which to submit an amended complaint. The Court clearly advised the plaintiff that if she failed to comply with that Order, the Court would not

---

[1] The plaintiff did not clearly identify any specific defendants in her initial complaint [Record No. 1]. In her first Amended Complaint [Record No. 6], the plaintiff identified the following defendants: (1) Cabinet for Health & Family Services ("CHFS"); (2) Patricia Couch, CHFS employee; (3) Carla Loveless Tackett, CHFS employee; (4) Lesley Spencer, CHFS employee; (5) Jo Ann Wise, Judge, Fayette Circuit Family Court; (6) Mara Beth Switzer, "et al."; and (7) "Any Other Unknowns."

entertain a request for any further extensions. The record reflects that on January 4, 2007, the Clerk of the Court mailed a copy of the Order to the plaintiff at her address listed of record [*see Id.* (Attachment: Clerk's Notation)].

There is no indication in the record that the copy of the Order which the Clerk of the Court mailed to the plaintiff on January 4, 2007, at her address listed of record, was returned to the Court as "Undeliverable" for any reason. The plaintiff has not submitted an amended complaint during the twenty-day extension granted to her.

The lenient treatment generally accorded to *pro se* litigants has limits. *Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996) (dismissal of *pro se* complaint was appropriate where plaintiff failed to respond to defendants' Rule 12(c) motion *when ordered to do so by magistrate judge*) (emphasis added); *see also Jourdan v. Jabe*, 951 F.2d 108, 110 (6th Cir. 1991) (a *pro se* litigant is not afforded special consideration for failure to follow readily comprehended court orders).

Here, the *pro se* plaintiff requested two extensions of time in which to file an amended complaint; the Court granted those requests, but the plaintiff failed to file an amended complaint in the allotted time. The plaintiff bears some responsibility in pursuing her claims in a timely fashion. Her failure to comply with the Court's Order of January 4, 2007, is an abandonment of her claims. The Court will dismiss the complaint, without prejudice, for want of prosecution.

## CONCLUSION

Accordingly, the Court being duly and sufficiently advised, **IT IS ORDERED** that this action is **DISMISSED**, *sua sponte*, and Judgment shall be entered contemporaneously with this

/

Memorandum Opinion in favor of the named defendants.

This February 5, 2007.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge